UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-11108-AH-AYPx | Date | March 9, 2026 |
|---|---|---|---|

| Title | *Eduardo H Sanchez v. Terracare Associates, LLC et al.* |
|---|---|

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE RULE 26(F) REPORT**

The Court issued an order requiring the parties to submit a joint Rule 26(f) report at least fourteen days before the Scheduling Conference, currently set for March 19, 2026. Dkt. Nos. 8, 10. The parties filed a Rule 26(f) Report on January 15, 2026, but this report did not propose any trial or pre-trial dates in light of the parties' position regarding mediation and the deferral of all formal discovery and motion practice. Dkt. No. 11. On March 2, 2026, the Court denied the parties' stipulation to stay the case pending mediation. Dkt. No. 14. Accordingly, a joint Rule 26(f) report setting forth proposed trial and pre-trial deadlines was due on March 5, 2026. To date, the parties have not filed an amended or supplemental Rule 26(f) report, nor any update regarding the status of mediation.

The Court continues the Scheduling Conference to April 16, 2026, at 9:00 a.m. The Parties are ordered to show cause why sanctions should not be imposed for failure to comply with the Court's Order Setting Scheduling Conference. Dkt. No. 8. The Parties shall respond in writing by no later than April 2, 2026. In lieu of filing a response, the order to show cause will discharge upon the filing of an amended or supplemental joint Rule 26(f) report setting forth proposed trial and pre-trial deadlines, along with any updates regarding the status of mediation and

settlement, by April 2, 2026.  Failure to comply with this Order may result in dismissal of this action for lack of prosecution without further notice.

**IT IS SO ORDERED.**